[Nos. 23556–7–I; 25054–0–I. Division One. July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW LEE BOLAR, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 88–1–05125–5, Frank L. Sullivan, J., entered January 13, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Winsor, JJ.

[Nos. 22316–0–I; 23564–8–I. Division One. July 23, 1990.]

*In the Matter of the Marriage of* JANE BARKER HAUGEN, *Respondent, and* HENRY HAUGEN, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 81–3–01022–1, Frank D. Howard, J. Pro Tem., entered May 3, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Webster and Pekelis, JJ.

[No. 22880–3–I. Division One. July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN BARTHROP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03171–3, Norma Smith Huggins, J., entered August 26, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster and Winsor, JJ.